

**CONSTRUCTION DISPUTE RESOLUTION SERVICES, LLC**

RESOLUTION SERVICES
SPECIALIZING IN MEDIATION & ARBITRATION & DISPUTE REVIEW BOARDS

3113 Pueblo Sapawe
Santa Fe, NM 87507

New Mexico: 505-473-7733   Toll Free: 888-930-0011
Fax Phone: 505-474-9061   Email: cdrs@cdrsllc.com
Website: www.constructiondisputes-cdrs.com

Douglas Langholz, Esq.
Morgan, Melhuish, Abrutyn
39 Broadway, Suite 1701
New York, New York 10006

<u>Case # 09-2271</u>
<u>Black v. Jeffrey S. Schwartz and the Law
Office of Jeffrey S. Schwartz</u>

# <u>INVOICE</u>

For services rendered by Matthew Argue, Esq. as an expert as requested by Douglas Langholz according to the CDRS Expert Agreement signed by Mr. Langholz.

RETAINER FOR SERVICES..............................................$10,000.00
CDRS FILING FEE.............................................................<u>$350.00</u>
TOTAL DUE TO CDRS...................................................... $10,350.00

Please make check payable to CDRS and mail to the address above.

PLEASE SEND A CHECK ASAP AS THE FEES WERE DUE AND PAYABLE TO CDRS NO LATER THAN FEBRUARY 7, 2010 AS PER AGREEMENT.